### PELLY v. NAYLOR et al.

(Supreme Court, General Term, First Department.   November 18, 1892.)

Appeal from circuit court, New York county.
Action by Herbert Cecil Pelly against Frances S. Naylor and another, executors, etc., of Henry Naylor, deceased, and another.   From a judgment directing a verdict for plaintiff, and from an order denying a motion for a new trial, defendants Frances S. Naylor and another, executors, etc., appeal.   Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and LAWRENCE, JJ.

Edward S. Clinch, for appellants.
Birdseye, Cloyd & Bayliss, (Lucien Birdseye, of counsel,) for respondent.

LAWRENCE, J.   For the reasons stated in the opinion filed in the case of the Same Plaintiff against Onderdonk, 21 N. Y. Supp. 19, we are of the opinion that the judgment and order below should be affirmed, with costs and disbursements.

VAN BRUNT, P. J., and O'BRIEN, J., concur in result.

---

### PELLY v. ROBINSON et al.

(Supreme Court, General Term, First Department.   November 18, 1892.)

Appeal from circuit court, New York county.
Action by Herbert Cecil Pelly against Andrew J. Robinson and another.   From a judgment directing a verdict for plaintiff, and from an order denying a motion for a new trial, defendant Robinson appeals.   Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and LAWRENCE, JJ.

Edward S. Clinch, for appellant.
Birdseye, Cloyd & Bayliss, (Lucien Birdseye, of counsel,) for respondents.

LAWRENCE, J.   This case does not differ in any material respect from that of the Same Plaintiff against Onderdonk, 21 N. Y. Supp. 19, and the points presented are the same as are involved in the appeal therein.   The judgment and order appealed from must be affirmed, with costs and disbursements.

VAN BRUNT, P. J., and O'BRIEN, J., concur in result.